| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:14-CR-91(3) |
| | § | |
| FELICIA NICOLE ARDOIN | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The defendant consented to the revocation of her supervised release and waived her right to be present and allocute at sentencing. The parties agreed to the recommended sentence and did not object to Judge Giblin's report.

The Court ORDERS that the findings of fact and recommendation on plea of true (#186) are ADOPTED. The Court finds that the defendant, Felicia Nicole Ardoin, violated conditions of his supervised release and ORDERS that his supervision is REVOKED. Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of four (4) months imprisonment, with no further supervision to follow. The Court recommends placement in the Federal Prison Camp in Bryan, Texas.

SIGNED at Beaumont, Texas, this 29th day of March, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE